**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STERIGENICS U.S., LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>                Defendant. | No. 1:21-cv-04581<br><br>Honorable Mary M. Rowland |

**AMENDED JUDGMENT ENTRY**

This matter coming to be heard on presentment of Plaintiff, Sterigenics U.S., LLC's ("Sterigenics") Motions for Additional Defense Costs and Prejudgment and Postjudgment Interest [Dkt. Nos. 116 & 103], and the briefing of the parties, due notice having been given, the Court being fully advised in the premises, the Court amends its July 25, 2023 Judgment [Dkt. No. 100] as follows:

    1.    Consistent with the Court's August 3, 2022 Memorandum Opinion and Order [Dkt. No. 40] and the Minute Entry confirming that Order [Dkt. No. 39], the Court enters judgment for Sterigenics and against Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") on Sterigenics' claim for declaratory judgment as to National Union's duty to defend Sterigenics in the underlying litigation (Count I of Sterigenics' First Amended Complaint, *see* Dkt. No. 15). The Court declared that National Union owes Sterigenics a duty to defend the fourth amended complaint and that National Union is not estopped from asserting coverage defenses.

    2.    Consistent with the reasoning stated in the Court's July 25, 2023 Memorandum Opinion and Order that found National Union owed Sterigenics $75,502,938.25 of past defense

costs [Dkt. No. 98], the Court grants Sterigenics' Motion for Additional Defense Costs [Dkt. No. 116].

3.  The Court also grants Sterigenics' Motion for Prejudgment and Postjudgment Interest on the July 25, 2023 Judgment [Dkt. No. 103].

4.  In so doing, the Court holds that: (i) Sterigenics is entitled to the additional past defense costs in the amount of $26,170,910.89; and (ii) Sterigenics is entitled to prejudgment interest on the defense cost invoices at issue in Sterigenics' Motions for Past Defense Costs and for Additional Defense Costs [Dkt. Nos. 69 & 116] (collectively, the "Defense Costs Motions") from the date of payment until January 11, 2024 in the amount of $8,568,938.87.

5.  The Court, accordingly, declares that Sterigenics shall recover from National Union: (i) the principal amount of $101,673,849.14; plus (ii) an additional $8,568,938.87 in prejudgment interest, which includes prejudgment interest at the rate of 5% per annum running from the date each defense cost invoice at issue in the Defense Costs Motions was paid until January 11, 2024; plus (iii) postjudgment interest on both the principal amount stated in paragraph 4(i) and the prejudgment interest amount stated in paragraph 4(ii) at the rate of 4.825% per annum from January 11, 2024 until paid in full, along with costs.

Dated: January 11, 2024

REVIEWED, APPROVED, AND
ENTERED BY:

*Mary M Rowland*
_____
Honorable Mary M. Rowland
United States District Judge