UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STERIGENICS, U.S., LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant. | Case No. 21-cv-04581<br><br>Judge Mary M. Rowland |

# **ORDER**

Upon due consideration, the Court GRANTS Defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s unopposed Motion for Approval of a Supersedeas Bond and for Unconditional Release, Discharge, and Exoneration of Previous Supersedeas Bond. Defendant may post a bond in the sum of $115,562,502.53 issued by American Home Assurance Company in the form attached as Exhibit A to the Motion. The Clerk of Court is directed to accept and hold such bond pending further order of this Court. Upon posting of the bond, in accordance with Federal Rule of Civil Procedure 62(b), this Court's judgment is stayed pending final resolution of appellate proceedings in this case.

Additionally, the Court finds that the bond posted by National Union on August 31, 2023 is no longer necessary in light of the posting of the bond approved in the above paragraph. The Court therefore ORDERS that the $79,527,744.86 supersedeas bond posted by National Union on August 31, 2023, is fully and unconditionally released, discharged, and exonerated. The corporate surety company for this bond, American Home Assurance Company, and its parents, affiliates, and subsidiaries, are fully and unconditionally released, discharged, and exonerated from any and all past, present, and future liability arising from or in connection with the August 31 Bond. The Clerk of Court is directed to return the August 31 Bond to National Union.

IT IS ORDERED.

E N T E R:

Dated: February 21, 2024

MARY M. ROWLAND
United States District Judge